

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: <br> SARAH ANN PACHECO <br><br> Debtor(s). | CHAPTER # 7 <br> BANKRUPTCY # 10-34287 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| NAR Inc. <br> 5225 West Wiley Post Way - Ste410 <br> SLC, UT 84116 | $.71 |
| NAR Inc. <br> 5225 West Wiley Post Way - Ste410 <br> SLC, UT 84116 | $4.13 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$4.84** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 26th day of October, 2010.

_____/s/_____
Steven R. Bailey, Trustee